UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CRAIG DELIGDISH,

Plaintiff,

v.  Case No. 6:23-cv-417-CEM-DCI

DAVID BENDER

Defendant.
_____/

## CONSENT ORDER

THIS CAUSE comes before the Court on Defendant's Motion to Compel Discovery Responses (the "Motion") [Dkt. 52], seeking to compel Plaintiff CRAIG DELIGDISH ("Plaintiff") regarding Defendant's First Request for Production ("First RFP") and First Interrogatories, served on November 6, 2023. The parties inform the Court that they have conferred and agree to the entry of this consent order, subject to the Court's granting of Dkt. 94, Consent Motion to Extend Time for Filing of Dispositive Motions until May 31, 2024.

The Court hereby **ORDERS**:

1. Plaintiff withdraws his objections and therefore shall file responses by April 25, 2024, to First Interrogatories Nos. 3, 4, 6, 9, 10, 11, 18, and 21.

2. Plaintiff withdraws his objections and therefore shall file responses by April 25, 2024, to First Interrogatory No. 13, subject to the modified time

period of January 1, 2016, to the present and Defendant's withdrawal of his request for rents billed and paid.

3. Plaintiff withdraws his objections and therefore shall file responses by April 25, 2024, to First RFP Nos. 10, 12, and 17.

4. In response to First RFP Nos. 2 and 3, Plaintiff shall produce his W-2 forms from Omni Healthcare, Inc. for the years 2020 through 2023, inclusive, and shall provide an affidavit that his W-2 compensation is all of the compensation that he receives from Omni individually, by April 25, 2024.

5. Plaintiff shall provide a supplemental response and privilege log by April 25, 2024, to First RFP Nos. 4 and 7.

6. Plaintiff withdraws his attorney-client privilege objection and shall provide a general description of his communications with Attorney General Josh Stein of North Carolina by April 25, 2024.

7. Plaintiff shall provide evidence confirming that he has an attorney client relationship with Doug Gansler, an attorney in Washington D.C. and, to the extent any communications between Plaintiff and Mr. Gansler concern any issue in this case, Plaintiff shall provide a privilege log by April 25, 2024.

8. Defendant withdraws his request to compel a response to First RFP No. 5.

9. Plaintiff has supplemented his discovery response to First RFP No. 13 with the following explanation: "Plaintiff did not object to this RFP but simply responded that he is not in possession, custody or control of any responsive

documents. As he indicated in his deposition, we dispute that Plaintiff guarantied the subleases with Parrish Medical Center, which is currently a legal dispute to be resolved in one of the MNI/Parrish lawsuits, and Plaintiff has filed pleadings in that case contesting the claim by Parrish that he is a guarantor of those subleases." Defendant has withdrawn his request to compel further information.

10. In light of the above stipulations, Defendant withdraws his request for attorneys' fees and costs associated with his Motion.

11. The hearing on Defendant's Motion to Compel Discovery Responses currently scheduled via Zoom for Wednesday, April 10, 2024, at 10:00 a.m. is **CANCELLED**.

ORDERED in Orlando, Orange County, Florida, on April 9, 2024.

Copies to:
All Counsel of Record

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE