**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRAIG K. DELIGDISH,**

**Plaintiff,**

**v.** **Case No: 6:23-cv-417-DCI**

**DAVID BENDER,**

**Defendant.**

---

**ORDER**

On December 9, 2024, the parties participated in a settlement conference. The United States District Judge presiding over the conference has entered a Settlement Report and indicates that the parties completely settled the case. Doc. 181.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of a party to move the Court within sixty (60) days to re-open the case for entry of a stipulated final order or a judgment or for further proceedings (*See* Local Rule 3.09(b));

2. all pending motions are denied as moot and all deadlines and hearings are **TERMINATED**; and

3. the Clerk is **DIRECTED** to close this case.

**ORDERED** in Orlando, Florida on December 10, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE