**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRAIG K. DELIGDISH,**

**Plaintiff,**

**v.** **Case No: 6:23-cv-417-DCI**

**DAVID BENDER,**

**Defendant.**
______________________________/

**STIPULATED INJUNCTION**

This cause comes before the Court pursuant to the Joint Motion for Stipulated Injunction filed by Plaintiff, Dr. Craig Deligdish, and Defendant, David Bender. The Parties stipulate to the entry of this Stipulated Injunction pursuant to the agreement reached during the Settlement Conference held on December 9, 2024 (the "Settlement Agreement"). This Court has jurisdiction over this matter, and the Court **GRANTS** the Joint Motion.

**THEREFORE, IT IS ORDERED and ADJUDGED** as follows:

**DEFINITIONS**

A. "**Subject Litigation**" means the Amended Complaint filed in this matter at docket entry 28.

B. "**Disputed Statements**" means the statements alleged to be defamatory identified in paragraphs 20, 21, and 24 of the Second Amended Complaint.

C. "**Subject Website**" means the website at issue in this litigation: DeligdishWatch.com.

**ORDER**

1. **IT IS ORDERED** that David Bender shall not reconstitute the subject website or create any website that repeats, contains, or cites the subject website or any of its content.

2. **IT IS FURTHER ORDERED** that David Bender agrees that he published the Subject Website containing the Disputed Statements about Plaintiff some without knowledge of their truth or falsity that David Bender later learned or discovered were false.

3. **IT IS FURTHER ORDERED** that the Court reserves jurisdiction over any action to enforce this Stipulated Injunction or the parties' Settlement Agreement, and to award attorney's fees and costs to the prevailing party in the event of a breach of this Stipulated Injunction or the parties' Settlement Agreement.

**DONE AND ORDERED** in Orlando, Florida on January 8, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties