**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CRAIG DELIGDISH,

Plaintiff,

v. Case No. 6:23-cv-417-CEM-DCI

DAVID BENDER,

Defendant.
_______________________________/

**DEFENDANT'S UNOPPOSED MOTION TO RETURN MATERIAL UNDER SEAL**

Pursuant to Local Rules 1.11 and 3.01, Defendant David Bender respectfully requests this Court to return or delete certain material Defendant filed under seal during the pendency of this litigation, namely the Declaration of Julie Lapides, Psy.D., March 8, 2024, Dkt. 69.

This Court found good cause to seal Dr. Lapides' declaration, because it contains sensitive mental health information about Defendant. *See* Endorsed Order granting Dkt. 66 Consent Mot. for Leave to File Under Seal, March 25, 2024, Dkt. 80. Such mental health information is "super confidential" protected health information and is afforded special protections under state and federal laws that are more stringent than the Health Insurance Portability and Accountability Act (HIPAA). *See, e.g.*, Fla. Stat. § 90.503 (recognizing psychotherapist-patient

privilege); Fla. Stat. § 456.057(7)(a) (providing for confidentiality of patient records); Fla. Stat. § 394.4615(1) (providing that all clinical records created and maintained under The Florida Mental Health Act are confidential and exempt); Fla. Stat. § 456.059 (providing for confidentiality of psychiatric records).

The material in the declaration has become no less sensitive since it was originally filed. And, as this case has been dismissed with prejudice, the sealing of the declaration will expire pursuant to Local Rule 1.11(f) on March 10, 2025. *See* Order, Dec. 10, 2024, Dkt. 182. Accordingly, Defendant respectfully requests that the declaration be either returned to Defendant's counsel to prevent public access to its contents or deleted. Pursuant to Local Rule 1.11(b)(6), Defendant's undersigned counsel are authorized to retrieve this material for Defendant. *See* Consent Mot. for Leave to File Under Seal at 1, March 9, 2024, Dkt. 66.

Respectfully submitted, this the 10th day of February, 2025

*/s/ C. Amanda Martin*
C. Amanda Martin (*pro hac vice)*
FIRST AMENDMENT CLINIC AT DUKE LAW SCHOOL
210 Science Drive
Durham, NC 27708
Telephone: (919) 613-7142
amartin@law.duke.edu

/s/ Sarah Ludington
Sarah Ludington (*pro hac vice)*
FIRST AMENDMENT CLINIC AT DUKE LAW SCHOOL
210 Science Drive
Durham, NC 27708

Telephone: (919) 613-7142
ludington@law.duke.edu

*/s/ Jennifer A. Mansfield*
Jennifer A. Mansfield
HOLLAND & KNIGHT LLP
Florida Bar No. 186724
jennifer.mansfield@hklaw.com
camille.winn@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202 .
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

/s/ Edward L. Birk
Edward L. Birk
MARKS GRAY, P.A.
Florida Bar No. 0068462
ebirk@marksgray.com
ebirk@marksgray.com
Post Office Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900

*Attorneys for Defendant*

## LOCAL RULE 3.01(g) CERTIFICIATE

Undersigned counsel certifies that she has conferred with Plaintiff's counsel, who does not object to the relief sought in this motion.

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on February 10, 2025 she electronically filed the foregoing by using CM/ECF System, which will send a notice of electronic filing to all counsel of record.

Adam M. Bird, Esq.
WhiteBird, PLLC
2101 Waverly Place, Suite 100
Melbourne, Florida 32901
Email: abird@whitebirdlaw.com
ccummings@whitebirdlaw.com

/s/ C. Amanda Martin
C. Amanda Martin (*pro hac vice)*
FIRST AMENDMENT CLINIC
AT DUKE LAW SCHOOL
210 Science Drive
Durham, NC 27708
Telephone: (919) 613-7142
amartin@law.duke.edu